1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO (COLUMBUS)

```
                                   *
  IN RE:                           *   Case No. 16-52914
                                   *
                                   *
  CARITA LESEAN INGRAM             *   August 11, 2016
                                   *
* * * * * * * * * * * * * * * * * *
```

TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE
BEFORE THE HONORABLE JOHN E. HOFFMAN, JR.
UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:


RAYMOND L. EICHENBERGER, III, ESQ.
For the Creditor, Milford Ave. Properties LLC








Transcribed by:
- - - - - - - - - - - - - - -
Legal Electronic Recording, Inc.
5230 St. Clair Avenue
Cleveland, Ohio  44103
(216) 881-8000  Fax 881-DEPO (3376)

Proceeding recorded by electronic sound recording,
transcript produced by transcription service.
Job #16H3100

2

1        THE COURT:  Good afternoon.

2        MR. EICHENBERGER:  Hello.

3        THE COURT:  Is this Mr. Eichenberger?

4        MR. EICHENBERGER:  Yes.  Ray Eichenberger,

5   Judge, I'm sorry.

6        THE COURT:  This is Judge Hoffman and my law

7   clerks Laura Atack and Brian Gifford are in the

8   courtroom as well.  This is a telephonic status

9   conference in the Ingram bankruptcy case, which is Case

10  Number 16-52914.

11       The reason we convened this -- well, we have

12  several reasons for convening this, Mr. Eichenberger.

13  But the first is, the Court was very troubled by the

14  tenor of your communications with my law clerk, Ms.

15  Atack, about the proposed order that you uploaded.

16       MR. EICHENBERGER:  Right.

17       THE COURT:  In the first place, you expressed

18  some consternation about the fact that this is taking

19  so long.  Well, the first two versions of the order

20  that were submitted were returned to you by our clerk's

21  office because they weren't in proper format.  By the

22  time they were finally submitted in proper format and

23  arrived at my chambers, we noted some issues with the

24  language of the order.

25       MR. EICHENBERGER:  Okay.

1              THE COURT:  And so one of the issues that we
2   noted, actually, the order was very unclear in terms of
3   whether your client would have the right to seek unpaid
4   prepetition and postpetition rent or just unpaid
5   postpetition rent.  Obviously, if your client proceeded
6   in state court with an action to recover prepetition
7   rent, then that would arguably violate the discharge
8   injunction and subject your client to potential
9   damages.
10             MR. EICHENBERGER:  Right.
11             THE COURT:  And so one of the reasons we were
12  attempting to reach out to you and discuss the terms
13  and conditions and the language of this proposed order
14  was really to protect you and your client.  So I was --
15             MR. EICHENBERGER:  Right.  First, Judge, I am
16  sure that I am not as familiar with your procedures as
17  I should be.  And I certainly do apologize for that.
18  And I really didn't mean to have a rude or abrasive
19  tenor when I was communicating with you.  So some of
20  that is certainly my fault that I'm not as familiar
21  with your procedures as I should be.
22             THE COURT:  All right.  Well, in any event,
23  when I get a correspondence or a communication from
24  counsel to our chambers---and I view my law clerks as
25  an extension of myself, so when you're communicating

1  with them in that fashion, you're communicating with me

2  in that fashion---but --

3            MR. EICHENBERGER:  Right.  And my other

4  problem I would say, Judge, is I have a client who is

5  very upset with how expensive this has gotten.  And I'm

6  certainly trying to expedite it for my client so that

7  we can get through this.

8            THE COURT:  All right.  Well, as I started to

9  say, Mr. Eichenberger, when I get a communication of

10 this tenor, one of the first things I typically do is I

11 look at the Ohio Supreme Court website to see if the

12 attorney I'm dealing with has had any difficulties in

13 the past.  And one of the things that then, of course,

14 immediately leapt to our attention when we looked at

15 the Ohio website is you were suspended from practice by

16 the Supreme Court on June 14.  Correct?

17           MR. EICHENBERGER:  I have not received notice

18 of that, Judge.

19           THE COURT:  You have not received notice of

20 that?

21           MR. EICHENBERGER:  No.  And I was not --

22 certainly I was not aware of that when I was before you

23 on the 5th and I drafted these -- this court entries --

24 court entry -- excuse me -- shortly thereafter.

25           THE COURT:  Well, so, when did you receive

1  notice of it?

2          MR. EICHENBERGER:  I have not yet.

3          THE COURT:  You have not received notice that
4  you've been suspended from practice by order dated June
5  14, 2016?

6          MR. EICHENBERGER:  No, I have not.  They have
7  never served it on me, Judge.

8          THE COURT:  Okay.  Well, let me just say, I
9  find that very difficult to believe.  Are you telling
10 me -- did you receive Judge Sargus's order dated July
11 28?

12         MR. EICHENBERGER:  I am not sure of that.  I
13 don't have anything that is pending in his court at
14 all.

15         THE COURT:  Well, it doesn't matter.  It
16 wasn't a matter pending in his court.  He has an order
17 captioned in the matter of Raymond Leland Eichenberger,
18 III.  And that order was dated July 28, 2016.

19         MR. EICHENBERGER:  Okay.  I was out of the
20 country for three weeks here last month, Judge.  And I
21 was on one other trip.  And I have not been in my
22 office all that much.

23         THE COURT:  When were you out of the country?

24         MR. EICHENBERGER:  When was I?

25         THE COURT:  Yeah.  From when to when?

```
 1              MR. EICHENBERGER:  It was -- it was from the
 2   weekend of -- I believe it would have been the 9th
 3   through the 22nd, 22.  I was in the Holy Land on a
 4   tour.
 5              THE COURT:  From the 9th of July through the
 6   22nd of July?
 7              MR. EICHENBERGER:  Yes.
 8              THE COURT:  But you were uploading orders to
 9   us during that time frame, were you not?  No?
10              MR. EICHENBERGER:  I have that access on my
11   computer.  Yes, Judge.
12              THE COURT:  All right.  Well, just one
13   second.  Okay.  Well, Mr. Eichenberger, I'm not sure,
14   to be quite frank, that I believe that you weren't
15   notified, that you had no notice of your suspension at
16   the time you appeared before the Court.  And certainly
17   you've been communicating with us still trying to get
18   this order entered.
19              So I will tell you what I've done.  I have
20   contacted the Supreme Court Disciplinary Counsel and
21   let him know what has transpired here.  And we're going
22   to order a transcript of today's hearing.  And we're
23   also going to put an order on requiring your client to
24   obtain substitute counsel.  And we're also going to put
25   an order on reflecting that, in light of your
```

1  suspension by the Ohio Supreme Court and the District

2  Court, that we are going to be terminating your CM/ECF

3  privileges as a filer during such time period as you

4  are suspended.  And so I'll let the disciplinary

5  authorities determine whether they find your story

6  believable that you weren't served with it.

7            So are you telling me today that you're

8  finding out from me for the first time that you were

9  suspended from practice?  This is the first notice

10 you've received?

11           MR. EICHENBERGER:  No.  I was saying that

12 when I appeared before you on the 5th and up until that

13 time, until now, I have not received service of any

14 order from them.

15           THE COURT:  When did you receive notice?

16           MR. EICHENBERGER:  I have received no notice

17 from the Ohio Supreme Court.  That's what I'm saying.

18           THE COURT:  So you are saying -- I'm saying

19 when did you receive notice of your suspension from any

20 source, be it the Ohio Supreme Court, be it Judge

21 Sargus --

22           MR. EICHENBERGER:  Oh, gosh.  Probably when I

23 returned from my trip.  But I can't be certain of that.

24 I don't recall.

25           THE COURT:  And how did you receive notice?

8

1          MR. EICHENBERGER:  I don't recall, Judge.  I
2   haven't been in my office more than a week or two since
3   I left on my vacation trip to leave the country.
4          THE COURT:  Have you seen the Supreme Court's
5   order?
6          MR. EICHENBERGER:  No, I have not.
7          THE COURT:  Okay.  All right.  Well, I told
8   you what we're going to do.  Did you notify your client
9   in this case that you were suspended from practice?
10         MR. EICHENBERGER:  No, I have not.
11         THE COURT:  All right.  Well, what we're
12  going to do, like I said, is order a transcript from
13  today's proceeding.  We're going to put an order on
14  requiring your client to obtain substitute counsel.
15  We're going to terminate your CM/ECF privileges until
16  such time as you've been reinstated.  And again, I
17  wanted to just let you know how displeased I am with
18  the tenor of your communications with my chambers.
19         MR. EICHENBERGER:  Okay.  Sorry, Judge.
20         THE COURT:  All right.  Thank you.
21         MR. EICHENBERGER:  Bye.
22         (End of Telephonic Status Conference)
23
24
25

LEGAL ELECTRONIC RECORDING, INC.   216-881-8000

9

1   State of Ohio         )

2   Cuyahoga County       )

3

4

5

6                         CERTIFICATE

7

8

9       I, Marc Eppler, a Notary Public, within and for the

10  State of Ohio, do hereby certify that the above

11  transcript is a true and accurate record of the

12  telephonic status conference held before the HONORABLE

13  JOHN E. HOFFMAN, JR.  This record was prepared from an

14  audio recording provided by the Court.

15      IN WITNESS WHEREOF, I have hereunto set my hand and

16  seal of office in Cleveland, Ohio on this 22nd day of

17  SEPTEMBER, A.D., 2016.

18

19                          DocuSigned by:
                            MARC EPPLER
20                          0A765620E083472...
                        _____
                               MARC EPPLER
21                      Notary Public - State of Ohio
                        my commission expires 9-14-2018
22

23

24

25

### 1
**11** 1:5
**14** 4:16 5:5
**16-52914** 1:3 2:10
**16H3100** 1:25

### 2
**2016** 1:5 5:5,18 9:17
**216** 1:23
**22** 6:3
**22nd** 6:3,6 9:16
**28** 5:11,18

### 3
**3376** 1:23

### 4
**44103** 1:22

### 5
**5230** 1:22
**5th** 4:23 7:12

### 8
**881-8000** 1:23
**881-DEPO** 1:23

### 9
**9-14-2018** 9:21
**9th** 6:2,5

### A
**A.D** 9:17
**abrasive** 3:18
**access** 6:10
**accurate** 9:11
**action** 3:6
**actually** 3:2
**afternoon** 2:1
**am** 3:15,16 5:12 8:17
**anything** 5:13
**apologize** 3:17
**APPEARANCES** 1:10
**appeared** 6:16 7:12
**arguably** 3:7
**arrived** 2:23
**Atack** 2:7,15
**attempting** 3:12
**attention** 4:14
**attorney** 4:12
**audio** 9:14
**August** 1:5
**authorities** 7:5
**Ave** 1:13
**Avenue** 1:22
**aware** 4:22

### B
**bankruptcy** 1:1,8 2:9
**believable** 7:6
**believe** 5:9 6:2,14
**Brian** 2:7
**Bye** 8:21

### C
**captioned** 5:17
**CARITA** 1:5
**case** 1:3 2:9 8:9
**certain** 7:23
**certainly** 3:17,20 4:6,22 6:16
**CERTIFICATE** 9:6
**certify** 9:10
**chambers** 2:23 8:18
**chambers---and** 3:24
**Clair** 1:22
**clerk** 2:14
**clerks** 2:7 3:24
**clerk's** 2:20
**Cleveland** 1:22 9:16
**client** 3:3,5,8,14 4:4,6 6:23 8:8,14
**CM/ECF** 7:2 8:15
**COLUMBUS** 1:1
**commission** 9:21
**communicating** 3:19,25 4:1 6:17
**communication** 3:23 4:9
**communications** 2:14 8:18
**computer** 6:11
**conditions** 3:13
**conference** 1:7 2:9 8:22 9:12
**consternation** 2:18
**contacted** 6:20
**convened** 2:11
**convening** 2:12
**Correct** 4:16
**correspondence** 3:23
**counsel** 3:24 6:20,24 8:14
**country** 5:20,23 8:3
**County** 9:2
**course** 4:13
**court** 1:1 2:1,3,6,13,17 3:1,6,11,22 4:8,11,16,19,23, 24,25 5:3,8,13,15,16,2 3,25 6:5,8,12,16,20 7:1,2,15,17,18,2 0,25 8:4,7,11,20 9:14
**courtroom** 2:8
**Court's** 8:4
**Creditor** 1:13
**Cuyahoga** 9:2

### D
**damages** 3:9
**dated** 5:4,10,18
**day** 9:16
**dealing** 4:12
**determine** 7:5
**difficult** 5:9
**difficulties** 4:12
**discharge** 3:7
**disciplinary** 6:20 7:4
**discuss** 3:12
**displeased** 8:17
**District** 1:1 7:1
**done** 6:19
**drafted** 4:23
**during** 6:9 7:3

### E
**Eichenberger** 1:12 2:2,3,4,12,16,25 3:10,15 4:3,9,17,21 5:2,6,12,17,19,2 4 6:1,7,10,13 7:11,16,22 8:1,6,10,19,21
**electronic** 1:21,24
**entered** 6:18
**entries** 4:23
**entry** 4:24
**Eppler** 9:9,20
**ESQ** 1:12
**event** 3:22
**excuse** 4:24
**expedite** 4:6
**expensive** 4:5
**expires** 9:21
**expressed** 2:17
**extension** 3:25

### F
**fact** 2:18
**familiar** 3:16,20
**fashion** 4:1
**fashion---but** 4:2
**fault** 3:20
**Fax** 1:23
**filer** 7:3
**finally** 2:22
**finding** 7:8
**first** 2:13,17,19 3:15 4:10 7:8,9
**format** 2:21,22
**frame** 6:9
**frank** 6:14

### G
**Gifford** 2:7
**gosh** 7:22
**gotten** 4:5

### H
**hand** 9:15
**haven't** 8:2
**hearing** 6:22
**held** 9:12
**Hello** 2:2
**hereby** 9:10
**hereunto** 9:15
**Hoffman** 1:8 2:6 9:13
**Holy** 6:3
**HONORABLE** 1:8 9:12

### I
**III** 1:12 5:18
**I'll** 7:4
**I'm** 2:5 3:20 4:5,12 6:13 7:17,18
**immediately** 4:14
**Inc** 1:21
**Ingram** 1:5 2:9
**injunction** 3:8
**issues** 2:23 3:1
**I've** 6:19

### J
**Job** 1:25
**JOHN** 1:8 9:13
**JR** 1:8 9:13
**Judge** 1:8 2:5,6 3:15 4:4,18 5:7,10,20 6:11 7:20 8:1,19
**July** 5:10,18 6:5,6
**June** 4:16 5:4

### L
**Land** 6:3
**language** 2:24 3:13

**last** 5:20
**Laura** 2:7
**law** 2:6,14 3:24
**leapt** 4:14
**leave** 8:3
**Legal** 1:21
**Leland** 5:17
**LESEAN** 1:5
**light** 6:25
**LLC** 1:13
**long** 2:19

**M**
**Marc** 9:9,20
**matter** 5:15,16,17
**mean** 3:18
**Milford** 1:13
**month** 5:20
**myself** 3:25

**N**
**Notary** 9:9,21
**noted** 2:23 3:2
**notice** 4:17,19
  5:1,3 6:15
  7:9,15,16,19,25
**notified** 6:15
**notify** 8:8

**O**
**obtain** 6:24 8:14
**Obviously** 3:5
**office** 2:21 5:22
  8:2 9:16
**Oh** 7:22
**Ohio** 1:1,22
  4:11,15
  7:1,17,20
  9:1,10,16,21
**Okay** 2:25 5:8,19
  6:13 8:7,19
**order** 2:15,19,24
  3:2,13
  5:4,10,16,18
  6:18,22,23,25
  7:14 8:5,12,13
**orders** 6:8

**P**
**past** 4:13
**pending** 5:13,16
**period** 7:3
**postpetition** 3:4,5
**potential** 3:8
**practice** 4:15 5:4
  7:9 8:9
**prepared** 9:13
**prepetition** 3:4,6
**privileges** 7:3 8:15
**Probably** 7:22
**problem** 4:4
**procedures**
  3:16,21
**proceeded** 3:5
**proceeding** 1:24
  8:13
**produced** 1:24
**proper** 2:21,22
**Properties** 1:13
**proposed** 2:15
  3:13
**protect** 3:14
**provided** 9:14
**Public** 9:9,21

**Q**
**quite** 6:14

**R**
**Ray** 2:4
**Raymond** 1:12
  5:17
**RE** 1:3
**reach** 3:12
**really** 3:14,18
**reason** 2:11
**reasons** 2:12 3:11
**recall** 7:24 8:1
**receive** 4:25 5:10
  7:15,19,25
**received** 4:17,19
  5:3 7:10,13,16
**record** 9:11,13
**recorded** 1:24

**recording** 1:21,24
  9:14
**recover** 3:6
**reflecting** 6:25
**reinstated** 8:16
**rent** 3:4,5,7
**requiring** 6:23
  8:14
**returned** 2:20 7:23
**rude** 3:18

**S**
**Sargus** 7:21
**Sargus's** 5:10
**seal** 9:16
**second** 6:13
**seek** 3:3
**seen** 8:4
**SEPTEMBER** 9:17
**served** 5:7 7:6
**service** 1:24 7:13
**several** 2:12
**shortly** 4:24
**sorry** 2:5 8:19
**sound** 1:24
**source** 7:20
**SOUTHERN** 1:1
**St** 1:22
**started** 4:8
**state** 3:6 9:1,10,21
**STATES** 1:1,8
**status** 1:7 2:8 8:22
  9:12
**story** 7:5
**subject** 3:8
**submitted** 2:20,22
**substitute** 6:24
  8:14
**Supreme** 4:11,16
  6:20 7:1,17,20
  8:4
**sure** 3:16 5:12
  6:13
**suspended** 4:15
  5:4 7:4,9 8:9
**suspension** 6:15

  7:1,19

**T**
**taking** 2:18
**telephonic** 1:7 2:8
  8:22 9:12
**tenor** 2:14 3:19
  4:10 8:18
**terminate** 8:15
**terminating** 7:2
**terms** 3:2,12
**Thank** 8:20
**That's** 7:17
**thereafter** 4:24
**today** 7:7
**today's** 6:22 8:13
**tour** 6:4
**Transcribed** 1:20
**transcript** 1:7,24
  6:22 8:12 9:11
**transcription** 1:24
**transpired** 6:21
**trip** 5:21 7:23 8:3
**troubled** 2:13
**true** 9:11
**trying** 4:6 6:17
**typically** 4:10

**U**
**unclear** 3:2
**UNITED** 1:1,8
**unpaid** 3:3,4
**uploaded** 2:15
**uploading** 6:8
**upset** 4:5

**V**
**vacation** 8:3
**versions** 2:19
**view** 3:24
**violate** 3:7

**W**
**wasn't** 5:16
**website** 4:11,15
**week** 8:2

**weekend** 6:2
**weeks** 5:20
**we're** 6:21,22,24
  8:8,11,13,15
**WHEREOF** 9:15
**whether** 3:3 7:5
**WITNESS** 9:15

**Y**
**yet** 5:2
**you've** 5:4 6:17
  7:10 8:16