**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*John E. Hoffman, Jr.*
John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: December 12, 2016**

_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| *In re*: | : | |
| | : | Case No. 16-52914 |
| CARITA LESEAN INGRAM, | : | Chapter 7 |
| | : | Judge Hoffman |
| *Debtor*. | : | |

### ORDER DENYING MOTION FOR
### RELIEF FROM THE AUTOMATIC STAY (DOC. 20)

This matter is before the Court on the motion of Bruce Hieber and Milford Ave. Properties LLC ("Milford") for relief from the automatic stay (the "Motion") (Doc. 20) to file an eviction action against Carita Lesean Ingram (the "Debtor"). The affidavit of Mr. Hieber attached to the Motion identifies Milford as the Debtor's landlord.

On July 5, 2016, the Court held a hearing on the Motion and on the Debtor's response to the Motion (the "Hearing"). Raymond L. Eichenberger, who had filed the Motion on behalf of Mr. Hieber and Milford, appeared as their counsel at the Hearing. The Court stated that it would, upon the submission of an order, grant the Motion with the certain stipulations agreed to by Milford and requested that Mr. Eichenberger submit an order journalizing the Court's ruling.

After the order reached chambers, the Court became aware that nearly three weeks prior to the Hearing, the Supreme Court of Ohio had suspended Mr. Eichenberger from the practice of law. *See Disciplinary Counsel v. Eichenberger*, 55 N.E.3d 1100 (Ohio 2016).  The Supreme Court also entered an order requiring Mr. Eichenberger to "immediately cease and desist from the practice of law in any form" and "forbidd[ing] [him] to appear on behalf of another before any court" or "to counsel, advise, or prepare legal instruments for others or in any manner perform legal services for others."  *Disciplinary Counsel v. Eichenberger*, No. 2015-1315 (order dated June 14, 2016).

The Court convened a conference call on August 11, 2016, during which Mr. Eichenberger stated that he had not informed his client that he had been suspended from the practice of law. Because a corporation may obtain legal relief only through counsel,[1] the Court entered an order (Doc. 35) providing that Milford must either retain new counsel who is admitted and in good standing in this District and have such counsel enter a notice of appearance on its behalf by August 31, 2016, or face denial of the Motion for want of prosecution.  No such appearance has been entered.  Accordingly, the Motion is **DENIED** for want of prosecution.

**IT IS SO ORDERED**.

Copies to:

Default List
Milford Ave. Properties LLC, c/o Bruce Hieber, 385 Seranade St., Reynoldsburg OH 43068

# # #

---

[1]*See N.L.R.B. v. Consol. Food Servs., Inc*., 81 F. App'x 13, 14 n.1 (6th Cir. 2003) ("The law is well-settled that a corporation may appear in federal courts only through licensed counsel and not through the *pro se* representation of an officer, agent, or shareholder.").