Form a0nclwod
(Rev. 12/15)

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

In Re: Carita Lesean Ingram

    Debtor(s)

SSN/TAX ID:
    xxx−xx−1705

Case No.: 2:16−bk−52914

Chapter: 7

Judge: John E. Hoffman Jr.

**Notice of Closing of Case Without Issuance of Discharge for One Joint Debtor**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for Debtor Carita Lesean Ingram for failure to file Official Form 423 ("Certification About a Financial Management Course").

Dated: December 30, 2016

                      FOR THE COURT:
                      Kenneth Jordan
                      Clerk, U.S. Bankruptcy Court